# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

United States Securities and Exchange Commission

                    Plaintiff,

v.                                  Case No.: 1:07−cv−04538
                                  Honorable Elaine E. Bucklo

Brian N. Hollnagel, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2014:

        MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's Motion for entry of final judgment as to defendants Brian N. Hollnagel and BCI Aircraft Leasing, Inc. [440] is granted. Detailed judgment order to follow. No appearance is required 12/12/2014. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.